THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT M. WALLER and
ANNE BRENNAN WALLER,

    Plaintiffs,

v.

CABOT OIL & GAS CORPORATION,

    Defendant.

: 3:21-CV-569
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS 18th DAY OF MAY, 2022, for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Dismiss (Doc. 4) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendant's motion to dismiss Count III of the Complaint is **GRANTED**.

2. Defendant's motion to dismiss the claims for punitive damages within Counts I and II of the Complaint is **DENIED**.

_____
Robert D. Mariani
United States District Court Judge